BB:WDS
F.#2011R01042

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

     - against -

IGNACIO BARRENA,

            Defendant.

- - - - - - - - - - - - - - - -X

I N F O R M A T I O N

Cr. No. _____
(T. 21, U.S.C.,
§§ 960(b)(1)(A) and
963; T. 18, U.S.C.,
§§ 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

<u>CONSPIRACY TO IMPORT HEROIN</u>

     In or about and between January 2010 and June 2011,

both dates being approximate and inclusive, within the Eastern

District of New York and elsewhere, the defendant IGNACIO

BARRENA, together with others, did knowingly and intentionally

conspire to import a controlled substance into the United States

from a place outside thereof, which offense involved one kilogram

or more of a substance containing heroin, a Schedule I controlled

substance, contrary to Title 21, United States Code, Sections 952(a) and 960(a)(1).

    (Title 21, United States Code, Sections 963 and 960(b)(1)(A); Title 18, United States Code, Sections 3551 et seq.)

by: _____

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

2

F. #2012R01042

FORM DBD-34

JUN. 85

No.

===

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

===

## THE UNITED STATES OF AMERICA

vs.

*IGNACIO BARRENA,*

Defendant.

===

# INFORMATION

(T. 21, U.S.C., §§ 960(b)(1)(A) and
963; T. 18, U.S.C., §§ 3551 et seq.)

===

*Filed in open court this _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ day,*

*of _ _ _ _ _ _ _ _ _ _ _ A.D. 20 _ _ _ _ _*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*Clerk*

===

*Bail, $ _ _ _ _ _ _ _ _ _ _*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

***David Sarratt, Assistant U.S. Attorney (718-254-6418)***